EDWARD P. HOLLAND, Respondent, v. PAUL A. BANKSON as City Manager of the City of New Rochelle and Acting Director of the Department of Public Safety, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals

granted. [See *ante*, p. 896.] Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.